UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

RECEIPT # _____
AMOUNT $ __N/A__
SUMMONS ISSUED  Y-1
LOCAL RULE 4.1 _____
WAIVER FORM _____
MCF ISSUED _____
BY DPTY. CLK. __M__
DATE __9-14-05__

INGER NINA MacFARLANE, )
    Plaintiff )
                                       )   Civil Action
V. )
                                       )   No. _____
SUNDOG VENTURES LLC, )
    Defendant )

**05 - 11862 JLT**
**MAGISTRATE JUDGE** Collings

### PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL

Now comes the Plaintiff in the above-entitled matter and for his complaint states:

#### General Factual Allegations

1.     The Plaintiff, INGER NINA MacFARLANE, is a resident of New Zealand.

2.     The Defendant, SUNDOG VENTURES LLC, is a corporation, duly organized and existing under the laws of the State of Michigan.

3.     On or about May 8, 2004, the Defendant, SUNDOG VENTURES LLC, was doing business within the Commonwealth of Massachusetts.

4.     On or about May 8, 2004, the Plaintiff, INGER NINA MacFARLANE, was employed by the Defendant, SUNDOG VENTURES LLC

5.     On or about May 8, 2004, the Plaintiff, INGER NINA MacFARLANE, was employed by the Defendant, SUNDOG VENTURES LLC, as a seaman, and a member of the crew of the S/V CAP II.

6.     On or about May 8, 2004, the Defendant, SUNDOG VENTURES LLC, owned

the S/V CAP II.

7.   The Defendant, SUNDOG VENTURES LLC, chartered the S/V CAP II from some other person or entity such that on or about May 8, 2004 the Defendant, SUNDOG VENTURES LLC was the owner pro hac vice of the S/V CAP II.

8.   On or about May 8, 2004, the Defendant, SUNDOG VENTURES LLC, operated the S/V CAP II.

9.   On or about May 8, 2004, the Defendant, SUNDOG VENTURES LLC, or the Defendant's agents, servants, and/or employees, controlled the S/V CAP II.

10.   On or about May 8, 2004, the S/V CAP II was in navigable waters.

11.   On or about May 8, 2004, while in the in the performance of her duties in the service of the S/V CAP II, the Plaintiff, INGER NINA MacFARLANE, sustained personal injuries.

12.   Prior to and at the time she sustained the above-mentioned personal injuries, the Plaintiff, INGER NINA MacFARLANE, was exercising due care.

### Jurisdiction

13. This Court has subject matter jurisdiction over this matter pursuant to The Merchant Marine Act of 1920, commonly called the Jones Act, 46 U.S.C., §688 et. seq.

14.   This Court has subject matter jurisdiction over this matter pursuant to 28 U.S.C. §1331, 28 U.S.C. §1332, and 28 U.S.C. §1333.

## COUNT I

### INGER NINA MacFARLANE v. SUNDOG VENTURES LLC

### (JONES ACT NEGLIGENCE)

15.  The Plaintiff, INGER NINA MacFARLANE, reiterates the allegations set forth in paragraphs 1 through 14 above.

16.  The personal injuries sustained by the Plaintiff, INGER NINA MacFARLANE, were not caused by any fault on her part but were caused by the negligence of the Defendant, its agents, servants and/or employees.

17.  As a result of said injuries, the Plaintiff, INGER NINA MacFARLANE, has suffered pain of body and anguish of mind, lost time from her usual work and pursuits, incurred medical expenses, and has sustained and will sustain other damages as will be shown at trial.

18.  This cause of action is brought under the Merchant Marine Act of 1920, commonly called the Jones Act.

WHEREFORE, the Plaintiff, INGER NINA MacFARLANE, demands judgment against the Defendant, SUNDOG VENTURES LLC, in an amount to be determined by a jury together with interest and costs.

## COUNT II

### INGER NINA MacFARLANE v. SUNDOG VENTURES LLC

### (GENERAL MARITIME LAW - UNSEAWORTHINESS)

19.  The Plaintiff, INGER NINA MacFARLANE, reiterates the allegations set forth in paragraphs 1 through 14 above.

20.  The personal injuries sustained by the Plaintiff, INGER NINA MacFARLANE,

3

were due to no fault of hers, but were caused by the Unseaworthiness of the S/V CAP II.

21. As a result of said injuries, the Plaintiff, INGER NINA MacFARLANE has, suffered pain of body and anguish of mind, lost time from her usual work and pursuits, incurred medical expenses, and has sustained and will sustain other damages as will be shown at trial.

22. This cause of action is brought under the General Maritime Law for Unseaworthiness and is for the same cause of action as Count I.

WHEREFORE, the Plaintiff, INGER NINA MacFARLANE, demands judgment against the Defendant, SUNDOG VENTURES LLC, in an amount to be determined by a jury together with interest and costs.

## COUNT III

### INGER NINA MacFARLANE v. SUNDOG VENTURES LLC

**(GENERAL MARITIME LAW - MAINTENANCE and CURE)**

23. The Plaintiff, INGER NINA MacFARLANE, reiterates all of the allegations set forth in Paragraphs 1 through 14 above.

24. As a result of the personal injuries described in paragraph 11 above, the Plaintiff, INGER NINA MacFARLANE, has incurred and will continue to incur expenses for her maintenance and cure.

WHEREFORE, the Plaintiff, INGER NINA MacFARLANE, demands judgment against the Defendant, SUNDOG VENTURES LLC, in the amount of $100,000 for maintenance and cure, together with costs and interest.

## COUNT IV

### INGER NINA MacFARLANE vs. SUNDOG VENTURES LLC

### (GENERAL MARITIME LAW/JONES ACT - INTENTIONAL/NEGLIGENT FAILURE TO PROVIDE MAINTENANCE and CURE)

25. The Plaintiff, INGER NINA MacFARLANE, reiterates the allegations set forth in paragraphs 1 through 14 above.

26. As a result of the personal injuries described in paragraph 11 above, the Plaintiff, INGER NINA MacFARLANE, has incurred and will continue to incur expenses for her maintenance and cure.

27. The Plaintiff, INGER NINA MacFARLANE, has made demand upon the Defendant, SUNDOG VENTURES LLC, for the provision of maintenance and cure.

28. The Defendant, SUNDOG VENTURES LLC, has negligently, willfully, arbitrarily, and/or unreasonably failed to provide the Plaintiff with maintenance and cure in a timely and adequate manner.

29. As a result of the Defendant's failure to provide the Plaintiff maintenance and cure, the Plaintiff has sustained and will continue to sustain damages, including without limitation, pain of body and anguish of mind, lost time from her usual work and pursuits, medical and hospital expenses, attorneys fees, and has sustained and will sustain other damages as will be shown at trial.

WHEREFORE, the Plaintiff, INGER NINA MacFARLANE, demands judgment against the Defendant, SUNDOG VENTURES LLC, in an amount to be determined by a jury as compensatory damages for failure to pay maintenance and cure, together with costs, interest, and reasonable attorneys fees.

PLAINTIFF DEMANDS A TRIAL BY JURY ON ALL ISSUES

RAISED IN COUNTS, I, II, III AND IV.

Respectfully submitted for the
the Plaintiff, INGER NINA MacFARLANE,
by his attorney,

David F. Anderson, BBO 560994
Latti & Anderson LLP
30-31 Union Wharf
Boston, MA 02109
(617) 523-1000

Dated: 9/14/05.

Case 1:05-cv-11862-JLT   Document 1-2   Filed 09/14/2005   Page 1 of 2

JS 44 (Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

### I. (a) PLAINTIFFS
INGER NINA MacFARLANE

### DEFENDANTS
SUNDOG VENTURES LLC

**(b)** County of Residence of First Listed Plaintiff
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
DAVID F. ANDERSON, LATTI & ANDERSON LLP
30-31 UNION WHARF, BOSTON, MA 02109 (617) 523-1000

Attorneys (If Known)
05-11862 JLT

### II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☒ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | 610 Agriculture | 422 Appeal 28 USC 158 | 400 State Reapportionment |
| 120 Marine | 310 Airplane / 362 Personal Injury— | 620 Other Food & Drug | | 410 Antitrust |
| 130 Miller Act | 315 Airplane Product / Med. Malpractice | 625 Drug Related Seizure | 423 Withdrawal 28 USC 157 | 430 Banks and Banking |
| 140 Negotiable Instrument | Liability / 365 Personal Injury — | of Property 21 USC | | 450 Commerce/ICC Rates/etc. |
| 150 Recovery of Overpayment | 320 Assault, Libel & / Product Liability | 630 Liquor Laws | **PROPERTY RIGHTS** | 460 Deportation |
| & Enforcement of Judgment | Slander / 368 Asbestos Personal | 640 R.R. & Truck | | 470 Racketeer Influenced and |
| 151 Medicare Act | 330 Federal Employers' / Injury Product | 650 Airline Regs. | 820 Copyrights | Corrupt Organizations |
| 152 Recovery of Defaulted | Liability / Liability | 660 Occupational | 830 Patent | 810 Selective Service |
| Student Loans | ☒ 340 Marine / **PERSONAL PROPERTY** | Safety/Health | 840 Trademark | 850 Securities/Commodities/ |
| (Excl. Veterans) | 345 Marine Product / 370 Other Fraud | 690 Other | | Exchange |
| 153 Recovery of Overpayment | Liability / 371 Truth in Lending | | | 875 Customer Challenge |
| of Veteran's Benefits | 350 Motor Vehicle / 380 Other Personal | **LABOR** | **SOCIAL SECURITY** | 12 USC 3410 |
| 160 Stockholders' Suits | 355 Motor Vehicle / Property Damage | | | 891 Agricultural Acts |
| 190 Other Contract | Product Liability / 385 Property Damage | 710 Fair Labor Standards Act | 861 HIA (1395ff) | 892 Economic Stabilization Act |
| 195 Contract Product Liability | 360 Other Personal Injury / Product Liability | 720 Labor/Mgmt. Relations | 862 Black Lung (923) | 893 Environmental Matters |
| | | | 863 DIWC/DIWW (405(g)) | 894 Energy Allocation Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | 864 SSID Title XVI | 895 Freedom of |
| 210 Land Condemnation | 441 Voting | 510 Motions to Vacate | 865 RSI (405(g)) | Information Act |
| 220 Foreclosure | 442 Employment | Sentence | | 900 Appeal of Fee |
| 230 Rent Lease & Ejectment | 443 Housing/ | Habeas Corpus: | **FEDERAL TAX SUITS** | Determination |
| 240 Torts to Land | Accommodations | 530 General | | Under Equal Access to |
| 245 Tort Product Liability | 444 Welfare | 535 Death Penalty | 870 Taxes (U.S. Plaintiff or Defendant) | Justice |
| 290 All Other Real Property | 440 Other Civil Rights | 540 Mandamus & Other | | 950 Constitutionality of |
| | | 550 Civil Rights | 871 IRS—Third Party | State Statutes |
| | | 555 Prison Condition | 26 USC 7609 | 890 Other Statutory Actions |

### V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

### VI. CAUSE OF ACTION
(Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Jones Act 46 USC 688 et seq & General Maritime Law

### VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ >$75,000.00
CHECK YES only if demanded in complaint
JURY DEMAND: ☒ Yes ☐ No

### VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____ DOCKET NUMBER _____

DATE: September 14, 2005
SIGNATURE OF ATTORNEY OF RECORD: [signature]

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only)

   __Inger Nina MacFarlane v. Sundog Ventures LLC__

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

   __ I.   160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

   __ II.  195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730,    *Also complete AO 120 or AO 121
           740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.       for patent, trademark or copyright cases

   _X_ III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
            315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
            380, 385, 450, 891.

   __ IV.  220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
           690, 810, 861-865, 870, 871, 875, 900.

   __ V.   150, 152, 153.

   **05 - 11862 JLT**

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

   **NONE**

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?

   YES ☐   NO ☒

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)

   YES ☐   NO ☒

   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?

   YES ☐   NO ☒

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?

   YES ☐   NO ☒

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).

   YES ☐   NO ☒

   A. If yes, in which division do all of the non-governmental parties reside?

      Eastern Division ☒   Central Division ☐   Western Division ☐

   B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?

      Eastern Division ☐   Central Division ☐   Western Division ☐

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)

   YES ☐   NO ☐

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME _____David F. Anderson_____
ADDRESS _____LATTI & ANDERSON LLP, 30-31 UNION WHARF, BOSTON, MA  02109_____
TELEPHONE NO. _____(617) 523-1000_____

(Coversheetlocal[1].wpd - 10/17/02)