AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ MASSACHUSETTS _____

INGER NINA MacFARLANE

**SUMMONS IN A CIVIL ACTION**

V.

SUNDOG VENTURES LLC

CASE NUMBER:

**05-11862 JLT**

TO: (Name and address of Defendant)

SUNDOG VENTURES LLC
838 W. Long Lake Road
Bloomfield Hills, MI 48302

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

DAVID F. ANDERSON
LATTI & ANDERSON LLP
30-31 UNION WHARF
BOSTON, MA 02109
(617) 523-1000

an answer to the complaint which is served on you with this summons, within ___TWENTY___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                        9-14-05

CLERK                                     DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| | RETURN OF SERVICE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE OCT. 3, 2005  11:07A |
| NAME OF SERVER (PRINT) RON C. SHAWN | TITLE PROCESS SERVER |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served:
638 W-Long Lk Rd #205
Bloomfield Hills, MI. 48302

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: JOEL DORFMAN - R.A. for SANDOC VENTURES

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00  JB |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  OCT 3, 2005
Date

Signature of Server: Ron C Shawn

5483 Sunnycrest, W. Bloomfield MI.
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.