UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **INGER NINA MACFARLANE** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) Civil Action No. 05-11862-JLT |
| v. | ) |
| | ) |
| **SUNDOG VENTURES, LLC** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

**NOTICE OF APPEARANCE**

TO THE CLERK:

    Please enter my appearance as counsel in this case for the defendant, Sundog Ventures, LLC.

    By its attorneys,

/s/_Seth S. Holbrook_____
Seth S. Holbrook, BBO # 237850
HOLBROOK & MURPHY
15 Broad Street
Boston, MA 02109
617-428-1151
holbrook_murphy@msn.com

**Certificate of Service**

I hereby certify that on December 6, 2005, I electronically filed a Notice of Appearance with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: David F. Anderson, Latti & Anderson LLP, 30-31 Union Wharf, Boston, MA 02109.

/s/_Seth S. Holbrook_____
Seth S. Holbrook, BBO # 237850
HOLBROOK & MURPHY
15 Broad Street
Boston, MA 02109
617-428-1151
holbrook_murphy@msn.com