UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INGER NINA MacFARLANE )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SUNDOG VENTURES LLC, )<br>)<br>Defendant. )<br>) | Civil Action No. 05-118632JLT |

## ANSWER OF SUNDOG VENTURES LLC TO PLAINTIFF'S COMPLAINT

Now comes the defendant, Sundog Ventures, LLC, in the above captioned matter, by and through its undersigned attorneys, Holbrook & Murphy, and respectfully files its Answer to the Plaintiff's Complaint.

1. Defendant is without knowledge as to the residency of the plaintiff, and to the extent that a further answer is required, denies the remaining allegations contained in Paragraph 1.

2. Defendant admits the allegations contained in Paragraph 2.

3. Defendant admits the allegations contained in Paragraph 3.

4. Defendant admits the allegations contained in Paragraph 4.

5. Defendant admits the allegations contained in Paragraph 5.

6. Defendant admits the allegations contained in Paragraph 6.

7. Defendant denies the allegations contained in Paragraph 7.

8. Defendant admits the allegations contained in Paragraph 8.

9. Defendant admits the allegations contained in Paragraph 9.

10. Defendant admits the allegations contained in Paragraph 10.

11. Defendant denies the allegations contained in Paragraph 11.

12. Defendant denies the allegations contained in Paragraph 12.

## JURISDICTION

13. The allegations contained in Paragraph 13 are statements of law requiring no Answer of the Defendant. To the extent an Answer is required, the Defendant denies same.

14. The allegations contained in Paragraph 14 are statements of law requiring no Answer of the Defendant. To the extent an Answer is required, the Defendant denies same.

## COUNT I
### (Jones Act)

15. The defendant reiterates and re-affirms all of its Answers contained in Paragraphs One (1) through Fourteen (14), inclusive, of its Answer and incorporates same by reference herein.

16. The defendant denies the allegations set forth in Paragraph 16.

17. The defendant denies the allegations set forth in Paragraph 17.

18. The allegations contained in Paragraph 18 are statements of law requiring no Answer of the Defendant. To the extent an Answer is required, the Defendant denies same.

WHEREFORE, the defendant prays that Count I of the Plaintiff's Complaint be dismissed together with costs and reasonable attorneys' fees.

## COUNT II
### (Unseaworthiness)

19. The defendant reiterates and re-affirms all of its Answers contained in Paragraphs One (1) through Eighteen (18), inclusive, of its Answer and incorporates same by reference herein.

20. Defendant denies the allegations contained in Paragraph 20.

21. Defendant denies the allegations contained in Paragraph 21.

22. The allegations contained in Paragraph 18 are statements of law requiring no Answer of the Defendant. To the extent an Answer is required, the Defendant denies same.

WHEREFORE, the defendant prays that Count II of the Plaintiff's Complaint be dismissed together with costs and reasonable attorneys' fees.

## Count III
### (MAINTENANCE and CURE)

23. The defendant reiterates and re-affirms all of its Answers contained in Paragraphs One (1) through Twenty Two (22), inclusive, of its Answer and incorporates same by reference herein.

24. Defendant denies the allegations set forth in Paragraph 24.

WHEREFORE, the defendant prays that Count III of the Plaintiff's Complaint be dismissed together with costs and reasonable attorneys' fees.

Count IV
INTENTIONAL/NEGLIGENT FAILURE TO PROVIDE MAINTENANCE and CURE

25. The defendant reiterates and re-affirms all of its Answers contained in Paragraphs One (1) through Twenty Five (25), inclusive, of its Answer and incorporates same by reference herein.

26. Defendant denies the allegations set forth in Paragraph 26.

27. Defendant admits the allegations set forth in Paragraph 27.

28. Defendant denies the allegations set forth in Paragraph 28.

29. Defendant denies the allegations set forth in Paragraph 29.

WHEREFORE, the defendant prays that Count IV of the Plaintiff's Complaint be dismissed together with costs and reasonable attorneys' fees.

AFFIRMATIVE DEFENSES

AND FURTHER ANSWERING, AND AS A COMPLETE AND SEPARATE DEFENSE, the defendant claims the benefits of limitation of liability as set forth in 46 App. U.S.C.A. § 183.

AND FURTHER ANSWERING, AND AS A COMPLETE AND SEPARATE DEFENSE, the Defendant states that if the injuries alleged were sustained, which is specifically denied, they did not occur while the Plaintiff was on the Defendant's vessel.

AND FURTHER ANSWERING, AND AS A COMPLETE AND SEPARATE DEFENSE, the Defendant states that if the Plaintiff was injured as alleged, which is specifically denied, it was due in whole or in part to the Plaintiff's own negligence and failure to exercise the degree of care, skill and knowledge legally required of her and reasonably to be expected of an individual of the Plaintiff's experience and not due to any negligence or fault on the part of the Defendant or any persons for whom the Defendant may be legally responsible.

AND FURTHER ANSWERING, AND AS A COMPLETE AND SEPARATE DEFENSE, the Defendant states that if the Plaintiff sustained personal injuries as alleged herein, which is specifically denied, it was due to the action and/or omissions of individuals for whom the Defendant is not legally responsible.

AND FURTHER ANSWERING, AND AS A COMPLETE AND SEPARATE DEFENSE, the Defendant states that if the Plaintiff was injured as alleged herein, which is specifically denied, the Plaintiff's injury was sustained as a result of an Act of God, for which the Defendant is not legally responsible.

AND FURTHER ANSWERING, AND AS A COMPLETE AND SEPARATE DEFENSE, the Defendant states that if the Plaintiff sustained injuries as alleged herein, which is specifically denied, the Plaintiff has not provided documentary medical proof of said injuries, that such injuries occurred in the service of the vessel nor that the Plaintiff's alleged medical condition is non-palliative.

AND FURTHER ANSWERING AND AS A COMPLETE AND SEPARATE DEFENSE, the Defendant states that if the Plaintiff was injured as alleged herein, which is specifically denied, such injuries were caused by an open and obvious condition for which the Defendant is not legally responsible.

AND FURTHER ANSWERING AND AS A COMPLETE AND SEPARATE DEFENSE, the Defendant states that if the Plaintiff sustained injury, which is specifically denied, said injuries did not occur in the manner and method as claimed by the Plaintiff.

AND FURTHER ANSWERING, AND AS A COMPLETE AND SEPARATE DEFENSE, the Defendant states that if the Plaintiff sustained damages as alleged, which is specifically denied, the Plaintiff has failed and refused to provide documentary proof of said damages.

WHEREFORE, the Defendant prays that the above Complaint be dismissed together with costs and reasonable attorney's fees.

By his attorneys,

/s/ Seth S. Holbrook
Seth S. Holbrook, BBO# 237850
HOLBROOK & MURPHY
15 Broad Street
Boston, MA 02109
617-428-1151
holbrook_murphy@msn.com

## Certificate of Service

      I hereby certify that on January 6, 2006, I electronically filed Defendant's Answer to Plaintiff's Complaint with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: David F. Anderson, Latti & Anderson, LLP, 30-31 Union Wharf, Boston, MA 02109

    /s/_Seth S. Holbrook_____
Seth S. Holbrook, BBO# 237850
HOLBROOK & MURPHY
15 Broad Street
Boston, MA 02109
617-428-1151
holbrook_murphy@msn.com