UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| INGER NINA MacFARLANE,<br>    Plaintiff<br><br>V.<br><br>SUNDOG VENTURES LLC,<br>    Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action<br><br>No. 05-11862-JLT |

JOINT SCHEDULING STATEMENT

Now comes the parties in the above captioned matter and respectfully submits this joint proposed scheduling statement.

1. Beginning of Unrestricted Discovery
   Completion of automatic discovery and commencement of unrestricted discovery on 8/8/06

2. Designation of Expert Testimony, on Issues upon which a Party has the Burden of Proof
   Complete designation of expert testimony (including complete answers to expert interrogatories and/or completion of Rule 26 expert materials if required) with regard to issues upon which a party has the burden of proof, on or before 03/01/07.

3. Designation of Responsive Expert Testimony
   Complete designation of expert testimony (including complete answers to expert interrogatories and/or completion of Rule 26 expert materials if required) which will be offered in response to expert testimony set forth in paragraph 2 above, or to rebut and/or contradict evidence offered by the opposing party upon an issue upon which the opposing party has the burden of proof, on or before 04/01/07

4. All Dispositive Motions
   All dispositive motions to be filed on or before 05/01/07

     5.     Close of Discovery
            All discovery to be concluded on or before 06/01/07

     6.     Final Pretrial Conference
            Final pretrial conference to be held on some date on or after 07/01/07

     7.     Deposition Testimony to be Used in Lieu of Trial Testimony
            The Parties reserve the right to take de bene esse depositions of witnesses who will be unavailable for trial, at any time up to and including the last Friday preceding the date of trial.

     8.     Ready for Trial
            The parties will be prepared for trial in this matter on or after 08/01/06

    Plaintiff and Defendant attorneys have discussed the probable budget for prosecuting and defending this action with their clients and the signature of the Plaintiff and Defendant will follow.

                      Respectfully submitted for the
                      the Plaintiff, INGER NINA MacFARLANE,
                      by his attorney,


                      /s/ David F. Anderson
                      David F. Anderson, BBO 560994
                      Latti & Anderson LLP
                      30-31 Union Wharf
                      Boston, MA 02109
                      (617) 523-1000
                      DAnderson@LattiAnderson.com


Dated: 8/7/06

                                Respectfully submitted for the
the Defendant, Sundog Ventures, LLC.
by its attorney,


/s/ Seth S. Holbrook_____
Seth S. Holbrook, BBO # 237850
Holbrook & Murphy
15 Broad St., Suite 900
Boston, MA 02109
(617) 428-1151
Holbrook\_murphy@msn.com

Dated: 8/7/06