UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| INGER NINA MacFARLANE, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 05-11862-JLT |
| | * | |
| SUNDOG VENTURES LLC, | * | |
| | * | |
| Defendant. | * | |

ORDER

August 8, 2006

TAURO, J.

After a conference held on August 8, 2006, this court hereby orders that:

1. Plaintiff may depose the following: (1) The owner of the vessel, the S/V CAPP II, pursuant to Rule 30(b)(6); (2) Lorna Rosquites; and (3) Joel Dorfman;

2. Defendant may depose the following: (1) Plaintiff Inger Nina MacFarlane; and (2) Jim Deane;

3. The abovementioned deposition must be completed by January 31, 2007;

4. No interrogatories are permitted without leave of court;

5. No further discovery is permitted without leave of court; and

6. A Further Conference will be held on February 6, 2007 at 10:30 a.m.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge