UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO. 05-11862-JLT

| | |
|---|---|
| **INGER NINA MACFARLANE** | ) |
| Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| **SUNDOG VENTURES, LLC** | ) |
| Defendant | ) |
| | ) |

**JOINT MOTION TO CONTINUE STATUS CONFERENCE**

Now come the parties, by and through their assigned attorneys, and move that the status conference currently scheduled for February 6, 2007 be scheduled for some time after April 1, 2007.

As reason therefor, the parties state that additional time is necessary because of the trial schedules of their counsel and because the witnesses involved in this matter are located out of state. Further, the parties' counsel have been engaged in discussions to try to narrow the issues for trial. The additional time will enable parties to complete discovery and continue to resolve as many issues as possible before the next conference with the court.

WHEREFORE, the parties pray that the status conference currently scheduled for February 6, 2007 be scheduled sometime after April 1, 2007.

| | |
|---|---|
| Plaintiff, | Defendant, |
| By her attorney, | By its attorney, |
| | |
| _/s/ David Anderson_____ | __/s/ Seth S. Holbrook_____ |
| David Anderson, BBO # 560994 | Seth S. Holbrook, BBO # 237850 |
| Latti & Anderson LLP | Holbrook & Murphy |
| 30-31 Union Wharf | 238 Lewis Wharf |
| Boston, MA  02109 | Boston, MA  02110 |
| (617) 523-1000 | (617) 428-1151 |
| DAnderson@LattiAnderson.com | holbrook_murphy@msn.com |