UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| INGER NINA MacFARLANE, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 05-11862-JLT |
| | * | |
| SUNDOG VENTURES LLC, | * | |
| | * | |
| Defendant. | * | |

ORDER

July 17, 2007

TAURO, J.

After a conference held on July 17, 2007, this court hereby orders that:

1. All remaining depositions, namely Plaintiff and the vessel owner, shall be completed as soon as possible, and no later than September 31, 2007.

2. Trial will commence on November 5, 2007, at 10:00 am.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge