UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| INGER NINA MacFARLANE,<br>    Plaintiff<br><br>V.<br><br>SUNDOG VENTURES LLC,<br>    Defendant | )<br>)<br>)<br>)   Civil Action<br>)<br>)   No. 05-11862-JLT<br>)<br>)<br>) |

ASSENTED TO MOTION TO EXTEND TIME TO CONSUMATE THE SETTELEMENT

Now comes the Plaintiff in the above captioned matter and respectfully requests that this Honorable Court allow the parties an additional 30 days in which to complete the settlement of this case.

As grounds thereof the Plaintiff states that the parties have completed the settlement papers or distributed the settlement funds.

Defendant assents to this motion.

                                         Respectfully submitted for the
                                         the Plaintiff, INGER NINA MacFARLANE,
                                         by his attorney,

                                         /s/ David F. Anderson
                                         David F. Anderson, BBO 560994
                                         Latti & Anderson LLP
                                         30-31 Union Wharf
                                         Boston, MA 02109
                                         (617) 523-1000

Dated: 10-12-07